

# IN THE
## TENTH COURT OF APPEALS

No. 10-09-00298-CV
No. 10-09-00299-CV
No. 10-09-00300-CV
No. 10-09-00301-CV
No. 10-09-00302-CV

**BOBBY RAY CHILDERS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court Nos. 2007-1586-C1, 2008-165-C1,
2008-462-C1, 2008-463-C1 and 2008-466-C1**

## MEMORANDUM OPINION

Appellant Bobby Ray Childers filed notices of restricted appeal in these five causes relating to orders in the underlying criminal cases for the payment of court costs out of Appellant's inmate account pursuant to Texas Government Code section 501.014.

The orders being appealed were signed on January 26, 2009. Appellant's notices of restricted appeal were filed on September 14, 2009.

In a restricted appeal, the notice of appeal must be filed within six months after the order is signed. TEX. R. APP. P. 26.1(c). We notified Appellant by letter that it appeared that we lack jurisdiction over these appeals because timely notices of appeal were not filed as to the January 26, 2009 orders. *See* TEX. R. APP. P. 26.1(a), (c). We further notified Appellant that we would dismiss the appeals for want of jurisdiction unless we received a response showing grounds for continuing the appeals. Appellant filed a response that concedes the untimeliness of his notices of appeal and that presents no basis for continuing the appeals.

We dismiss these appeals for lack of jurisdiction. TEX. R. APP. P. 42.3(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed November 18, 2009
[CV06]